IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 13, 2007

Charles R. Fulbruge III
Clerk

No. 05-51239
Summary Calendar

CAROL JOHNENE MORRIS

Petitioner-Appellant

v.

UNITED STATES OF AMERICA

Respondent-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:04-CV-139

Before HIGGINBOTHAM, STEWART and OWEN, Circuit Judges.

PER CURIAM:[*]

Carol Johnene Morris, former federal prisoner #76547-080, appeals the district court's dismissal of her 28 U.S.C. § 2241 petition. In that § 2241 petition, Morris argued that because her state and federal sentences should have run concurrently, she was entitled to a full credit against her federal sentence, and her supervised release term constituted an illegal extension of her sentence. Morris was released from Bureau of Prisons custody in July 2004 and completed her concurrent, three-year terms of supervised release during the pendency of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

this appeal. As a result, Morris's claims have been rendered moot. See Spencer v. Kemna, 523 U.S. 1, 7 (1998); Bailey v. Southerland, 821 F.2d 277, 278-79 (5th Cir. 1987). Therefore, this appeal is dismissed as moot.

Morris has filed several habeas applications challenging her federal and state convictions and sentences, as well as numerous civil rights suits pursuant to 42 U.S.C. § 1983. In 2000, Morris was barred from proceeding in forma pauperis pursuant to 28 U.S.C. § 1915(g). In 2006, Morris was barred from filing any documents or pleadings in the Western District of Texas without prior written consent of a United States District Judge or Magistrate Judge. Morris is warned that future repetitive or frivolous filings in this court or any court subject to this court's jurisdiction will result in the imposition of sanctions, including dismissal, monetary sanctions, and further restrictions on her ability to file pleadings in this court and any court subject to this court's jurisdiction.

APPEAL DISMISSED AS MOOT; SANCTION WARNING ISSUED.